ORDERED.

Dated:  May 06, 2019

_Catherine McEwen_
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:    Case No. 8:18-bk-11098-CPM
     Chapter 7

David Wayne Jones
Karen Lynn Jones

    Debtors.
_____/

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM STAY AND**
**REQUESTING CANCELLATION OF HEARING SCHEDULED FOR MAY 6, 2019**
(Re:  341 & 345 S. Hwy. 7, Sidney (T/O Unadilla), New York  13838)

THIS CASE came on for consideration of the Motion for Relief from Stay, Doc. No. 19 filed by NBT Bank, N.A., and the Trustee's Response, Doc. No. 20, which are scheduled for hearing on May 6, 2019.  The Court having reviewed the Motion and the Response, having been advised that the parties agree to the entry of this Order, and based on the record, it is:

**ORDERED:**

1. The Motion is GRANTED subject to the limitations outlined below.

2.  The automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to the Movant's interest in the property located at 341 & 345 State Hwy. 7, Sidney, New York  01338 (as described on attached Exhibit A)

(the "Property").

3. Termination of the automatic stay is delayed ninety (90) days from entry of this order to allow the Trustee the opportunity to market and sell the Property.

4. Movant must either be paid in full from the proceeds of any sale, or approve any short sale.

5. After ninety (90) days of entry of this Order, the automatic stay is terminated for the sole purpose of allowing Movant to complete *in rem* relief, to take any and all steps necessary to exercise any rights it may have in the Property, to gain possession of the Property, and to have *in rem* relief in accordance with non-bankruptcy law. Movant does not *in personam* relief against Debtor.

6. The hearing scheduled for May 6, 2019, at 3:30 p.m. is canceled.

Attorney David E. Hicks is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.